IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-150-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DANIEL DAWSON CARTWRIGHT | ) | |
| | ) | |

This matter is before the Court on Defendant's letter to the Court dated October 13, 2011 [DE 31]. The Court considers this letter as a Motion to Correct Sentence pursuant to Federal Rule of Criminal Procedure 36 because it seeks to correct what the Defendant considers to be a clerical error in the judgment. Upon review of the record, the Court finds that the Defendant was sentenced on July 7, 2011 to a term of eighteen months of imprisonment, to be served concurrently with his previous sentence for revocation of supervised release, with five years of supervised release to begin at the expiration of the new sentence [DE 30]. A federal sentence cannot begin to run before it is imposed. *See* 18 U.S.C. §3585(a). Therefore, the judgment entered on July 7, 2011 [DE 26] accurately reflects the Court's sentence, and there exists no relevant clerical error to correct.

For the foregoing reasons, Defendant's Motion to Correct Sentence [DE 31] is hereby DENIED.

IT IS SO ORDERED, this the 26 day of October, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE